IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:11-cr-00002-LSC-TDT |
| MICHAELA MOY, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on the defendant's Motion to Continue Trial (#14). The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#14) is granted, as follows:

1. The jury trial now set for March 22, 2011 is continued to **April 26, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 22, 2011 and April 26, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account defense counsel's medical condition and the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 9, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**